# United States District Court
## Northern District of Illinois
Eastern Division

**DOCKETED**

MAY 0 5 2003

Glaxo Group Ltd., et al

v.

Apotex, Inc.

JUDGMENT IN A CIVIL CASE

Case Number   00 C 5791

☐  Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■  Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that a permanent injunction is entered enjoining defendant from manufacturing its product for the life of patents 4,562,181 and 4,820,833.

Michael W. Dobbins, Clerk of Court

Date: May 1, 2003

George D. Schwemin

George D. Schwemin, Deputy Clerk