**DRAFT ORDER**

| | |
|---|---|
| GLAXO GROUP LIMITED and<br>SMITHKLINE BEECHAM CORP., | )<br>)<br>)<br>)<br>) |
| Plaintiffs | ) Civil Action No. 00-CV-5791<br>) |
| v. | ) Judge Robert W. Gettleman<br>) Magistrate Judge Levin |
| APOTEX, INC.,<br>Defendant | )<br>) |

**ORDER**

The Joint Motion of Glaxo Group Ltd. and SmithKline Beecham Corporation, plaintiffs, and Apotex, Inc., defendant, to Unseal Certain Docket Entries is granted.

The Clerk is directed to unseal the documents in docket entries nos. 52, 70, 82, 83, 87, 108, 110, 111, 159, 163 and 164.

The sealed documents in docket entries nos. 71, 80 and 109 shall remain under seal.

Dated: February 1, 2005

_____
Robert W. Gettleman
District Judge